REITMAN PERSONNEL SERVICES, INC. *v.* PROFES-
SIONAL PRODUCTS OF CONNECTICUT, INC.
(10454)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued January 8—decision released January 28, 1992

*Thomas F. Brown,* for the appellant (plaintiff).
*Bruce S. Beck,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.